IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.   9:21cv81331

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

      Plaintiff,

v.

JOHN ABDELSAYED AND TRENDS
REALTY USA CORP,

      Defendants.

---

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendants John Abdelsayed ("Abdelsayed") and Trends Realty USA Corp ("Trends") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1.      Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2.      Abdelsayed is an individual residing at 921 Dickens Place, West Palm Beach, Florida 33411.

3.      Trends is a corporation organized and existing under the laws of the State of Florida with its principal place of business located at 921 Dickens Place, West Palm Beach, Florida 33411.

4.      Trends's agent for service of process is John Abdelsayed, also located at 921 Dickens Place, West Palm Beach, Florida 33411

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.       This Court has personal jurisdiction over Defendants because they maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice.

7.      Further, since at least January of 2017, Abdelsayed has been a licensed realtor in this State, been registered to do business in this State, and, upon information and belief, owns real property in this State.

8.       Further, since at least October 2011, Trends has operated a real estate business in this State and has been registered to do business in this State.

9.      Venue properly lies in this district because Defendants are deemed to reside in this district and because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## FACTS

I.      **Plaintiff's Business and History**

10.     Plaintiff was created as a Florida corporation in June 2005.   Plaintiff's sole shareholder is Robert Stevens.

11.     For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

12.     Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

13.     Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients.  He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

14.     Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

15.     Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

16.     Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "© AAP [year] all rights reserved" to the bottom left corner thereof.  Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

**II.     The Work at Issue in this Lawsuit**

17.     In 2016, Plaintiff created a photograph titled "12235 Tillinghast Cir front nite 2016 AAP" (the "Work"). Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© AAP 2016 all rights reserved."  A copy of the Work is exhibited below.



18.     The Work was registered by Plaintiff with the Register of Copyrights on June 21, 2018 and was assigned Registration No. VA 2-107-890.  A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

19.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

### III.    Defendants' Unlawful Activities

20.    Trends is a real estate agency located in Palm Beach County, FL.  Abdelsayed is the President, founder, and, upon information and belief, sole shareholder of Trends.  Abdelsayed has exclusive control over the business activities of Trends, including but not limited to the infringing activities that are the subject of this lawsuit.

21.    Abdelsaved is a real estate broker primarily servicing Palm Beach County, Florida. In 2018, Abdelsayed registered the domain name https://homesofthepalmbeaches.com and thereafter published a website thereon that is used exclusively to market Defendants' real estate services.

22.    On a date after Plaintiff's registration of the Work, Abdelsayed published the Work to the aforementioned website as the main profile image for the San Michele Community[1] (published at https://homesofthepalmbeaches.com/san-michele/). In publishing the Work on such site, Abdelsayed significantly cropped the Work so as to remove Plaintiff's copyright management information. The remaining details of the photograph, however, unequivocally show the two photographs to be the same.  A true and correct copy of screenshots of the subject website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

23.    The sole contact information provided on the subject website is for Trends Realty and the "About" page thereon (https://homesofthepalmbeaches.com/about/) likewise identifies Trends and contains the contact information for Trends (inviting prospective purchasers or sellers to contact Trends to inquire about its services).

24.    Defendants are not and have never been licensed to use or display the Work.

---

[1] The unlicensed image that Defendants represent as being in the San Michele Community is a home located in the neighboring Old Palm Community.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Defendants never contacted Plaintiff to seek permission to use the Work in connection with their website or for any other purpose – even though the Work that was copied clearly displays Plaintiff's copyright management information and put Defendants on notice that the Work was not intended for public use.

25.     Defendants utilized the Work for commercial use – namely, in connection with the marketing and advertising of Defendants' real estate services.

26.     Upon information and belief, Abdelsayed located a copy of the Work on the internet (most likely associated with a prior MLS listing for a different real estate agency that did contract with Plaintiff) and, rather than contact Plaintiff to secure a license, simply copied the Work for use on their commercial website.

27.     Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in July 2021.  On July 14, 2021 (following Plaintiff's discovery), Plaintiff notified Defendants in writing of such unauthorized use.  To date, however, Defendants have not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

28.     All conditions precedent to this action have been performed or have been waived.

**COUNT I – COPYRIGHT INFRINGEMENT**
**(Abdelsayed)**

29.     Plaintiff re-alleges and incorporates paragraphs 1 through 28 as set forth above.

30.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

31.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford

Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

32.     As a result of Plaintiff's reproduction, distribution, and public display of the Work, Abdelsayed had access to the Work prior to his own reproduction, distribution, and public display of the Work on his San Michele Community website page (https://homesofthepalmbeaches.com/san-michele/).

33.     Abdelsayed reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

34.     By his actions, Abdelsayed infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for his own commercial purposes.

35.     Abdelsayed's infringement was willful as he acted with actual knowledge or reckless disregard for whether his conduct infringed upon Plaintiff's copyright.  According to Abdelsayed's own website(s), Abdelsaved employs copyright management information, "Copyright © 2015 weblbd.com. All rights reserved" (which is itself inaccurate because the domain was not even registered until sometime in 2018).  Abdelsayed has been a licensed real broker in the State of Florida since at least January 2017 and clearly understands that high-end real estate photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet/some other broker's MLS listing.

36.     Plaintiff has been damaged as a direct and proximate result of Abdelsayed's infringement.

37.      Plaintiff is entitled to recover its actual damages resulting from Abdelsayed's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

is entitled to recover damages based on a disgorgement of Abdelsayed's profits from infringement of the Work, which amounts shall be proven at trial.

38.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

39.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Abdelsayed's conduct.

40.     Abdelsayed's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Abdelsayed as follows:

a.   A declaration that Abdelsayed has infringed Plaintiff's copyrights in the Work;

b.   A declaration that such infringement is willful;

c.   An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.   Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.   Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.   Permanently enjoining Abdelsayed, his employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Abdelsayed, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

g.  For such other relief as the Court deems just and proper.

## COUNT II – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION
### (Abdelsayed)

41.     Plaintiff re-alleges and incorporates paragraphs 1 through 28 as set forth above.

42.     As evidenced above, the Work contains copyright management information identifying Plaintiff as the owner/creator of the Work.

43.     Abdelsayed knowingly and with the intent to enable or facilitate copyright infringement, removed the copyright management information from the Work in violation of 17 U.S.C. § 1202(b).

44.     Abdelsayed committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

45.     If Abdelsayed did not remove the copyright management information himself, Abdelsayed caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

46.     As a direct and proximate result of Abdelsayed's conduct in removing the foregoing copyright management information, Plaintiff has been damaged.

47.     Abdelsayed's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 1203(b), Plaintiff is entitled to a permanent injunction prohibiting any further violation of 17 U.S.C. § 1202 by Abdelsayed.

**WHEREFORE**, Plaintiff demands judgment against Abdelsayed as follows:

h.  A declaration that Abdelsayed has violated Plaintiff's copyrights in the Work by removing or causing to be removed Plaintiff's copyright management information displayed thereon;

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

i.   A declaration that such violation is willful;

j.   An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

k.   Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

l.   Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

m.   Permanently enjoining Abdelsayed, his employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Abdelsayed, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

n.   For such other relief as the Court deems just and proper.

## COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT
### (Trends)

48.   Plaintiff re-alleges and incorporates paragraphs 1 through 28 as set forth above.

49.   As evidenced above, Abdelsayed infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for his own commercial purposes.  Abdelsayed further infringed and violated Plaintiff's exclusive rights by removing copyright management information from the Work.

50.   As his employer, Trends had the right and ability to control the infringing acts of Abdelsayed, yet declined or failed to stop Abdelsayed from engaging in his infringing activity.

51.   Trends obtained a direct financial benefit from Abdelsayed's infringing activities as the San Michele Community website page ("https://homesofthepalmbeaches.com/san-

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

michele/") created by Abdelsayed invited prospective purchasers and/or sellers to contact Trends to inquire about its services and, upon information and belief, prospective purchasers and/or sellers did contact Trends as a result of Abdelsayed's marketing/advertising efforts through his ("https://homesofthepalmbeaches.com/san-michele/") San Michele Community website page.

52.      As a direct and proximate result of Trends' vicarious copyright infringement, Plaintiff has been damaged.

**WHEREFORE**, Plaintiff demands judgment against Trends as follows:

a.   An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

b.   Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

c.   Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

d.   Permanently enjoining Trends, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Trends, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

e.   For such other relief as the Court deems just and proper.

## Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Dated: August 2, 2021.


COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone:  (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
      Daniel DeSouza, Esq.
      Florida Bar No.:  19291
      James D'Loughy, Esq.
      Florida Bar No.: 0052700

EXHIBIT "A"

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-107-890

**Effective Date of Registration:**
June 21, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 04, 2016 to August 05, 2016

### Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2016 Photographs R20 Including 12235 Tillinghast Cir, 3813 N Ocean Blvd and Others Case Number 1-6471891076 |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | 12235 Tillinghast Cir front nite 2016 AAP, 3813 N Ocean Blvd low aerial 2016 AAP |
| **Published:** | January 2016 |
| • **Individual Photographs:** | Cypress Island Cir aerial 2016 AAP, 005 |
| **Published:** | March 2016 |
| • **Individual Photographs:** | 386 S Beach Rd rear aerial 2016 AAP |
| **Published:** | April 2016 |
| • **Individual Photographs:** | Singer Island sunrise 004b 2016 AAP |
| **Published:** | June 2016 |
| • **Individual Photographs:** | 107 Valencia Blvd front 2016 AAP |
| **Published:** | August 2016 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 04, 2016 |
| **Latest Publication Date in Group:** | August 05, 2016 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

Page 1 of 2

Domiciled in:   United States

## Copyright Claimant

Copyright Claimant:   AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

Name:   Robert Stevens
Date:   May 31, 2018

Correspondence:   Yes
Copyright Office notes:   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT "B"



San Michele



San Michele Homes For Sale



3158 San Michele Drive
4 Bedroom | 3 Bath

$1,645,000
San Michele

1143 San Michele Way
5 Bedroom | 3 Bath

$3,599,000
San Michele

### Recent Posts

### Recent Comments

### Archives

### Categories

### Meta

San Michele Reviews

Write a Review



Home   About John   2700 North Ocean   Harbour Oaks   Oaks East   Siena Oaks   Sun Terrace At The Oaks   Country Club NPB
Yacht Club NPB   San Michele   Harbour Isles

San Michele



Search...

## San Michele Homes For Sale



2450 San Michele Drive




1142 San Michele Way

### Recent Posts

Sold in Harbour Oaks 2402 San Pietro Circle

For Sale in Harbour Oaks 2459 San Pietro Circle

Sold in Harbour Oaks 2445 San Pietro Circle

Sold in Harbour Oaks 2566 Gardens

