UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Affordable Aerial Photography, Inc._____, Plaintiff,

vs.

Case No. 9:21cv81331_____

John Abdelsayed and Trends Realty USA_____, Defendant(s)

## Motion For Referral To Volunteer Attorney Program

I, John Abdelsayed_____, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _[signed]_
Printed Name: John Abdelsayed
Address: 921 Dickens Pl
West Palm Beach, FL 33411

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below.

Signature: _[signed]_
Printed name: JOHN ABDELSAYED

Service List
Daniel DeSouza, Esq.
ddesouza@desouzalaw.com
Copycat Legal PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
877-437-6228
Attorneys for Plaintiff

FILED BY MEG D.C.
AUG 26 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.