IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81331-AMC

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

JOHN ABDELSAYED AND TRENDS REALTY USA CORP,

    Defendants.

_____

**PLAINTIFF'S MOTION TO STRIKE ANSWER/THIRD-PARTY COMPLAINT AS FILED BY TRENDS REALTY USA CORP.**

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") hereby files this motion to strike the "Answer and Defenses to the Complaint and Third-Party Complaint" (the "Answer") [D.E. 8] as filed by defendant Trends Realty USA Corp. ("Trends") only, and states as follows:

1. In this lawsuit, Plaintiff asserts claims for copyright infringement and removal of copyright management information against defendant John Abdelsayed ("Abdelsayed") (who has appeared *pro se*). With respect to Trends, Plaintiff asserts a single claim (Count III) for vicarious copyright infringement.

2. On August 26, 2021, Abdelsayed purported to file the Answer – both on behalf of himself and on behalf of Trends (an existing Florida corporation).

3. As the Court knows, federal law requires a corporation to be represented by counsel. See, e.g. Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries… that a corporation may appear in the federal courts only through licensed counsel."); Palazzo v. Gulf Oil Corp., 764 F.2d

1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that… cannot appear pro se, and must be represented by counsel."); Ermert v. Caribbean Bus. Inc., Civil Action No. 20-23803-Civ-Scola, 2021 U.S. Dist. LEXIS 2343, at *2 (S.D. Fla. Jan. 6, 2021) ("As an initial matter, to the extent Morzan seeks to represent Caribbean Business, corporations may not litigate a matter pro se.  In order to appear in this matter, then, Caribbean must be represented by counsel.") (internal citations omitted).

4. Abdelsayed is *not* an attorney licensed to practice law in the State of Florida, the United States District Court for the Southern District of Florida, or any other jurisdiction.  As a result, he cannot as a matter of law represent Trends in this lawsuit.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) striking the Answer insofar as it was filed on behalf of Trends; (b) requiring Trends (through counsel) to file its response to the Complaint within seven (7) days thereof;[1] and (c) for such further relief as the Court deems proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Before filing this Motion, undersigned counsel conferred with Abdelsayed with respect to the relief requested.  Abdelsayed did not agree to the relief requested.

Dated: August 28, 2021.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone:  (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

---

[1] Trends' response would otherwise be due on or before August 27, 2021.

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.:  19291
    James D'Loughy, Esq.
    Florida Bar No.: 0052700

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.  I further certify that, on August 28, 2021, the foregoing document was served via US Mail on Defendants at: 921 Dickens Place, West Palm Beach, FL 33411.

/s/ Daniel DeSouza
Daniel DeSouza