UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81331-CIV-CANNON

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.**,

    Plaintiff,
v.

**JOHN ABDELSAYED AND
TRENDS REALTY USA CORP.**,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

**THIS CAUSE** comes before the Court upon the Motion to Strike Answer/Third-Party Complaint [ECF No. 13], filed by Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") on August 28, 2021. Plaintiff's Motion seeks to strike Defendants' Answer and Affirmative Defenses to the Complaint and Third-Party Claim ("Answer") [ECF No. 8] to the extent it is being asserted on behalf of corporate Defendant Trends Realty USA Corporation ("Trends Realty"). Plaintiff contends that the Answer should be stricken insofar as it was filed by Trends Realty, which is not presently represented by counsel [ECF No. 13 p. 2].

On August 26, 2021, Defendants John Abdelsayed and Trends Realty, proceeding *pro se*, filed their Answer to Plaintiff's Complaint [ECF No. 8]. Defendant Trends Realty, however, is an artificial entity that is not permitted to appear *pro se* and thus must be represented by counsel at all times. *See e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). This rule applies even where the person seeking to represent the corporation is its president and major stockholder. *Id.* As an individual, Defendant John Abdelsayed may choose to represent himself and appear *pro se*. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

CASE NO. 21-81331-CIV-CANNON

1. Plaintiff Affordable Aerial Photography, Inc.'s Motion to Strike Answer/Third-Party Complaint [ECF No. 13] is **GRANTED**. Defendants' Answer and Affirmative Defenses to the Complaint and Third-Party Claim [ECF No. 8] is **STRICKEN** to the extent it is being asserted on behalf of corporate Defendant Trends Realty USA Corporation.

2. No later than **September 17, 2021**, Defendant Trends Realty shall retain counsel permitted to practice before the Court and notify the Court of such representation by filing a notice on the electronic docket. By the same date, Defendant Trends Realty USA Corporation shall file an answer or responsive motion to Plaintiff's Complaint.

3. In addition, no later than **September 13, 2021**, Defendant John Abdelsayed shall either: 1) retain counsel permitted to practice before the Court and notify the Court of such or 2) file a Notice of Intent to Proceed *Pro Se*.

4. Failure to comply with this Order may result in an order striking additional filings and/or directing Plaintiff to file a motion for entry of default judgment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of August 2021.

  
_____  
**AILEEN M. CANNON**  
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record