UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81331-CIV-CANNON

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

     Plaintiff,

v.

JOHN ABDELSAYED AND
TRENDS REALTY USA CORP.,

     Defendants.

_____/

ORDER REFERRING DEFENDANTS TO
VOLUNTEER ATTORNEY PROGRAM LIST

     **THIS CAUSE** comes before the Court following the Court's Paperless Order [ECF No. 12] granting Defendant John Abdelsayed's Motion for Referral to Volunteer Attorney Program [ECF No. 9]. In light of the Court's Paperless Order [ECF No. 12], it is **ORDERED AND ADJUDGED** as follows:

1. This case is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired. The Clerk of Court will post a description of the case and contact information on the Court's website of available *pro bono* cases seeking volunteer lawyers. If the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel. The Clerk of Court is **DIRECTED TO POST** the following description of the case:

     Defendant, John Abdelsayed, is a real estate broker and is also the President, founder, and sole shareholder of Defendant Trends Realty USA Corporation. Plaintiff filed a Complaint under 17 U.S.C. § 501

CASE NO. 21-81331-CIV-CANNON

complaining of copyright infringement. Plaintiff complains of copyright infringement violations committed by Defendants John Abdelsayed and Trends Realty USA Corporation in connection with a copyrighted photograph owned by Plaintiff. If interested, please email FLSD_ProBono@flsd.uscourts.gov.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, on August 30, 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record;

        **John Abdelsayed,** *pro se*
        921 Dickens Place
        West Palm Beach, Florida 33411