UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-81331

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,
a Florida corporation,

    Plaintiff,

v.

JOHN ABDELSAYED,
TRENDS REALTY USA CORP,
a Florida corporation,

    Defendants.
_____

**NOTICE OF APPEARANCE**

    Defendants, John Abdelsayed and Trends Realty USA Corp, by and through their attorney, Griffin Klema, Esq., and pursuant to Local Rule 11.1(d), files this Notice of Appearance on behalf of the above-identified defendants, pursuant to the volunteer attorney program for the Southern District of Florida. The undersigned counsel does not waive any claim to prevailing party attorney's fees by appearing through the volunteer program, and the defendants expressly reserve the right to claim any such fees to which they may be entitled.

                                                /s/ Griffin Klema
                                                Griffin C. Klema, Esq.
                                                Fla. Bar No. 100279
                                                Griffin@KlemaLaw.com
                                                **Klema Law, P.L.**
                                                PO Box 172381
                                                Tampa, FL 33672
                                                420 W. Kennedy Boulevard
                                                Tampa, FL 33606
                                                Telephone: 202-713-5292
                                                Attorney for Defendants