UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-81331-AMC

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

        Plaintiff,

vs.

JOHN ABDELSAYED and,
TRENDS REALTY USA CORP.,

        Defendant.

_____/

## REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 48]

Defendants John Abdelsayed and Trends Realty USA Corp. move for judgment on the pleadings "on the grounds that [Plaintiff] is not entitled to statutory damages or statutory attorney's fees, and that willfulness is not relevant in an actual damages infringement case." ECF No. 48. The motion is fully briefed. Judge Cannon referred it to me for a Report and Recommendation. ECF No. 56.

A motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) is evaluated under the same standard as a motion to dismiss under Rule 12(b). *See Hawthorne v. Mac Adjustment*, Inc., 140 F.3d 1367, 1370 (11th Cir. 1998). "Judgment on the pleadings is appropriate only when the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Horsley v. Feldt*, 304 F.3d 1125, 1131 (11th Cir. 2002) (quoting *Moore v. Liberty Nat'l Life Ins. Co.*, 267 F.3d 1209, 1213 (11th Cir. 2001)). The moving party bears the burden of proving they

are entitled to dismissal. *See Hawthorne*, 140 F.3d at 1370. Accordingly, well-pleaded allegations within the complaint are accepted as true and are construed in favor of the non-moving party. *See Cunningham v. Dist. Atty's Office for Excambia Cnty,* 529 F.3d 1237, 1255 (11th Cir. 2010)*; Miami Herald Pub. Co. v. Ferre*, 636 F. Supp. 970, 974 (S.D. Fla. 1985).

Defendants do not seek dismissal of any count. Rather, they seek an order that Plaintiff is not entitled to a certain category of damages even if Plaintiff prevails on its claims. In effect, they seek partial judgment on the pleadings.

The pending motion is procedurally improper. As Judge Singhal noted in *Munro v. Fairchild Tropical Botanic Garden, Inc.,* the plain text of Rule 12(c) does not recognize a motion for partial judgment on the pleadings. No. 20-20079-CIV, 2021 WL 894380, at *2 (S.D. Fla. Mar. 3, 2021). And, as Judge Altonaga explained in *Bolender v. Carnival Corp.,* dismissing less than an entire claim is akin to granting a motion *in limine* excluding evidence at trial. No. 13-24215-CIV, 2014 WL 12527190, at *1 (S.D. Fla. Apr. 7, 2014). It is not entering a *judgment*. That is, it does not represent a "final determination of the rights and obligations of the parties to a case." JUDGMENT, Black's Law Dictionary (11th ed. 2019). I agree with, and adopt, the reasoning of these cases.

In their reply brief, Defendants ask, in the alternative, that the Court treat their motion as a partial summary judgment motion under Rule 56. ECF No. 72 at 10–11. I reject this request. A party cannot raise an issue for the first time in a reply pleading. *See Guy Roofing, Inc. v. Angel Enter., LLC*, No. 17-14081-CIV, 2017 WL

8890873, at *3 (S.D. Fla. Sept. 6, 2017) (J. Maynard) (collecting cases), *report and recommendation adopted*, 2017 WL 8890874 (S.D. Fla. Sept. 26, 2017) (J. Rosenberg). Defendants are free to file a free-standing summary judgment motion prior to June 13, 2022.  *See* ECF No. 22 (Scheduling Order).

Accordingly, I RECOMMEND that Defendants' Motion for Judgment on the Pleadings (ECF No. 48) be DENIED.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 16th day of March 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE