UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81331-CIV-CANNON/Reinhart

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.**,

    Plaintiff,
v.

**JOHN ABDELSAYED** and
**TRENDS REALTY USA CORP.**,

    Defendants.
_____/

## ORDER GRANTING REQUESTS TO REOPEN DISCOVERY AND RESETTING PRE-TRIAL AND TRIAL DEADLINES

**THIS CAUSE** comes before the Court upon Defendants' Motions to Strike the Affidavits of Robert Stevens and to Reopen Discovery (the "Motions") [ECF Nos. 120, 124], in which Defendants request, among other things, that the Court "reopen discovery to allow [D]efendants to question Robert Stevens at a deposition of at least five hours to address [Plaintiff's] new legal theory" and to "depose Cornelius McGinnis" [ECF No. 120 p. 13, ¶ e; ECF No. 124 p. 6, ¶ d]. The Court has reviewed the Motions [ECF Nos. 120, 124], Plaintiff's Responses in Opposition to the Motions [ECF Nos. 121, 126], Defendants' Reply [ECF Nos. 127], and the full record. Following review, the Court finds good cause to reopen discovery in light of (1) the parties' recent realization that the photograph used by Defendants is not an exact copy of Plaintiff's registered photograph, and (2) the hard drive of additional photographs found by Robert Stevens.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motions to Strike the Affidavits of Robert Stevens and to Reopen Discovery [ECF Nos. 120, 124] are **GRANTED IN PART AND DENIED IN PART**.

CASE NO. 21-81331-CIV-CANNON/Reinhart

    a. Defendants' requests to reopen discovery [ECF No. 120 p. 13, ¶ e; ECF No. 124 p. 6, ¶ d] are **GRANTED**.  **Discovery is reopened for the limited purpose of deposing Robert Stevens and Cornelius McGinnis in accordance with the issues raised in the Motions to Strike [ECF Nos. 120, 124].**

    b. Defendants may file a motion for attorneys' fees as contemplated [*see* ECF No. 120 p. 13, ¶ f; ECF No. 124 p. 6] for the Court's consideration on or before **September 2, 2022**.

    c. Defendants' other requests are **DENIED**.

2. The Cross Motions for Summary Judgment [ECF Nos. 109, 110] are **DENIED WITHOUT PREJUDICE** to be refiled, if desired, following the close of discovery in accordance with the new deadlines set forth below.

3. Trial in this matter is hereby reset for the Court's two-week trial calendar beginning on **December 19, 2022, at 9:00 a.m.**  Counsel for all parties shall appear at a calendar call on **Tuesday, December 13, 2022, at 1:45 p.m.**  Motions to Bring Electronic Equipment into the Courtroom must be filed **one week** in advance of the relevant hearing and must describe with specificity the electronic equipment intended for use in the courtroom.  No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary.  Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950.[1]

---

[1] This Order supersedes the Order Setting Trial [ECF No. 22] with respect to the deadlines contained herein.  All other instructions contained in the Order Setting Trial [ECF No. 22] remain in effect.

CASE NO. 21-81331-CIV-CANNON/Reinhart

4. The following pre-trial deadlines are reset in the manner set forth below:

   a. **August 30, 2022**. **All** discovery shall be completed.

   b. **September 16, 2022**. The parties shall file all pre-trial motions, including any revised motions for summary judgment, and *Daubert* motions. **Each party is limited to filing one *Daubert* motion**. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification. **The parties are directed to review the Court's procedure for the filing of summary judgment motions as set out in the Order Setting Trial [ECF No. 22]**.

   c. **September 16, 2022**. The parties may consent to trial and final disposition by Magistrate Judge Reinhart, as discussed in the Order Setting Trial [ECF No. 22].

   d. **November 21, 2022.** The parties shall file the following materials:

      (1) a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

      (2) a joint exhibit list and a joint trial plan in accordance with the Court's templates available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab);

      (3) individually filed witness lists and deposition designations (and objections thereto and counter designations);

      (4) joint proposed jury instructions and verdict form in accordance with the instructions set forth in the Order Setting Trial [ECF No. 22], or proposed findings of fact and conclusions of law, as applicable; and

      (5) any motions *in limine* (other than *Daubert* motions). **Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 25th day of July 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record