IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81331-AMC

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

JOHN ABDELSAYED and
TRENDS REALTY USA CORP,

    Defendants/Third-Party Plaintiff,

v.

ROBERT STEVENS,

    Third-Party Defendant.

**PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff"), hereby files this unopposed Motion for an Extension of Time to Respond to defendants John Abdelsayed ("Abdelsayed") and Trends Realty USA Corp ("Trends") (collectively, the "Defendants") Renewed Motion to for Summary Judgment (the "Motion for Summary Judgment") [D.E. 164], and states as follows:

1. On October 28, 2022, Plaintiff filed its Motion to Dismiss the Amended Complaint/Amended Notice of Removal and for Stay Pending Resolution of Motion to Voluntarily Dismiss (the "Motion to Voluntarily Dismiss"). See D.E. 155.

2. After the matter being fully briefed (including a response, reply, and surreply), the Court entered a paperless notice of Hearing on the Motion to Voluntarily Dismiss for January 3, 2023 (the "Hearing").

3. On December 7, 2022, Defendants filed their Renewed Motion for Summary Judgment which seeks summary judgment pursuant to Rule 56(a), asserting that they are entitled to judgment as a matter of law.

4. As the Hearing may result in the dismissal of the case, it would preserve judicial economy to extend the deadline for Plaintiff to respond to the Motion for Summary Judgment.

5. This Motion is not being made for the purpose of delay, and no party will be prejudiced by the requested extension of time.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion and (b) extending the deadline for Plaintiff to respond to the Motion for Summary Judgment until January 10, 2023.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Before filing this Motion, undersigned counsel conferred with counsel for Defendants who indicated he does not oppose the requested relief.

Dated: December 16, 2022.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
　　Daniel DeSouza, Esq.
　　Florida Bar No.: 19291
　　James D'Loughy, Esq.
　　Florida Bar No.: 0052700
　　Lauren Hausman, Esq.
　　Florida Bar No.: 1035947

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza