**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 21-81331-CIV-CANNON/Matthewman**

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.,**

      Plaintiff,

v.

**JOHN ABDELSAYED** and
**TRENDS REALTY USA CORP.,**

      Defendants.

_____/

## <u>ORDER FOLLOWING MOTION HEARING</u>

      **THIS CAUSE** comes before the Court following a Hearing on January 3, 2023 [ECF No. 169], to discuss Plaintiff's Motion to Voluntarily Dismiss the Amended Complaint [ECF No. 155]. The Court has reviewed the Motion and the full record in this case.    For the reasons stated in open court, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion under Rule 41(a)(2) to Voluntarily Dismiss the Amended Complaint [ECF No. 155] is **GRANTED**.

2. **On or before January 6, 2023**, Plaintiff shall file a Notice of Voluntary Dismissal Without Prejudice subject to the following conditions:

    a. Plaintiff will compensate Defendants for their taxable costs in this matter.   *See* 28 U.S.C. § 1920.

    b. If Plaintiff refiles this complaint, Plaintiff will pay Defendants' reasonable attorneys' fees associated with this action.

CASE NO. 21-81331-CIV-CANNON/Matthewman

3.   In light of Plaintiff's forthcoming Notice of Voluntary Dismissal, Defendants' Motion

for Summary Judgment [ECF No. 164] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of January

2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2