IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81331-AMC

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

JOHN ABDELSAYED and
TRENDS REALTY USA CORP,

    Defendants/Third-Party Plaintiff,

v.

ROBERT STEVENS,
CORNELIUS MCGINNIS, and
OLD PALM REAL ESTATE, LLC,

    Third-Party Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Court's Order Following Motion Hearing [D.E. 170], plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") voluntarily dismisses the above-captioned action without prejudice subject to the following conditions: (a) Plaintiff will compensate Defendants for their taxable costs in this matter; and (b) if Plaintiff refiles this complaint, Plaintiff will pay Defendants' reasonable attorneys' fees associated with this action.

Dated: January 4, 2023.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228

        dan@copycatlegal.com
        james@copycatlegal.com
        lauren@copycatlegal.com

By: /s/ Daniel DeSouza_____
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291
    James D'Loughy, Esq.
    Florida Bar No.: 0052700
    Lauren Hausman, Esq.
    Florida Bar No.: 1035947

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.