UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81331-CIV-CANNON/Matthewman

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.**,

    Plaintiff,
v.

**JOHN ABDELSAYED** and
**TRENDS REALTY USA CORP.**,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 171], filed on January 4, 2023. The Court granted Plaintiff's Motion to File a Notice of Voluntary Dismissal Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [ECF No. 170] subject to the conditions that (1) Plaintiff will compensate Defendants for their taxable costs in this matter; and (2) if Plaintiff refiles this complaint, Plaintiff will pay Defendants' reasonable attorneys' fees associated with this action. Plaintiff's Notice of Voluntary Dismissal [ECF No. 171] incorporates those two conditions. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective January 5, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 171].

The Clerk of Court shall **CLOSE** this case. All deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of January 2023.

                                        **AILEEN M. CANNON**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record