AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 21-CV-81331 CANNON    DATE FILED: 1/6/2023 | U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA<br>299 EAST BROWARD BLVD., RM. 108<br>FT. LAUDERDALE, FL  33301 |
| PLAINTIFF: Affordable Aerial Photography, Inc. | DEFENDANT: Abdelsayed et al |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2107890 | Group Registration Photos | Affordable Aerial Photography, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Angela Noble | Patricia Curtis | 1/6/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print    Save As...    Reset

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81331-CIV-CANNON/Matthewman

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.**,

    Plaintiff,

v.

**JOHN ABDELSAYED** and
**TRENDS REALTY USA CORP.**,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 171], filed on January 4, 2023. The Court granted Plaintiff's Motion to File a Notice of Voluntary Dismissal Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [ECF No. 170] subject to the conditions that (1) Plaintiff will compensate Defendants for their taxable costs in this matter; and (2) if Plaintiff refiles this complaint, Plaintiff will pay Defendants' reasonable attorneys' fees associated with this action. Plaintiff's Notice of Voluntary Dismissal [ECF No. 171] incorporates those two conditions. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective January 5, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 171].

The Clerk of Court shall **CLOSE** this case. All deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of January 2023.

                                         **AILEEN M. CANNON**
                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record