UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-CV-81331**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,
a Florida corporation,
  Plaintiff,

v.

JOHN ABDELSAYED, and
TRENDS REALTY USA CORP,
a Florida corporation,
  Defendants.

---

**JOINT MOTION TO BIFURCATE ATTORNEY FEES ENTITLEMENT FROM AMOUNT, PURSUANT TO LOCAL RULE 7.3(b)**

  The parties, pursuant to agreement among them and Local Rule 7.3(b) jointly move to bifurcate the defendants' motion for attorney fees to address entitlement as a threshold matter before addressing amount, if and when the Court finds the defendants entitled to fees. If entitlement is found, the parties will then submit a proposed scheduling order on the issue as to amount of fees, including further conferral and briefing.

  **WHEREFORE**, defendants John Abdelsayed and Trends Realty USA Corp and plaintiff Affordable Aerial Photography Inc. jointly request the Court enter an order granting this motion, and for such further relief as the Court deems just and proper.

| | |
|---|---|
| **COPYCAT LEGAL PLLC** | **KLEMA LAW, P.L.** |
| 3111 N. University Drive | 420 W. Kennedy Boulevard |
| Suite 301 | Tampa, FL 33606 |
| Coral Springs, FL 33065 | Telephone:  (202) 713-5292 |
| Telephone:  (877) 437-6228 | griffin@klemalaw.com |
| dan@copycatlegal.com | |

| | |
|---|---|
| james@copycatlegal.com | *Attorneys for Trends and Abdelsayed* |
| *Attorneys for Plaintiff* | By  /s/ Griffin Klema |
| | Griffin Klema, Esq. |
| By: /s/ Daniel DeSouza | Florida Bar No.:  100279 |
| Daniel DeSouza, Esq. | |
| Florida Bar No.:  19291 | |