# Exhibit A

Exhibit A

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-81331

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,
a Florida corporation,

    Plaintiff and Counter-Defendant,

v.

JOHN ABDELSAYED, and
TRENDS REALTY USA CORP,
a Florida corporation,

    Defendants and Counter-Plaintiffs.

---------------------------------------------------------------------------

TRENDS REALTY USA CORP, and
JOHN ABDELSAYED

    Third Party Plaintiffs,

v.

ROBERT STEVENS,

    Third Party Defendant.

_____

### DEFENDANTS TRENDS REALTY CORP'S AND JOHN ABDELSAYED'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF AFFORDABLE AERIAL PHOTOGRAPHY INC

Defendants John Abdelsayed and Trends Realty USA Corp (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 68, without admitting any liability, hereby offer to allow judgment to be entered against them and in favor of plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") on the Amended Complaint [ECF 40].

1. This offer of judgment is made by Defendants to Plaintiff.

2. Judgment shall be entered against Defendants, jointly and severally, in the total amount of seven hundred fifty dollars and zero cents ($750.00) for damages on Plaintiff's Amended Complaint [ECF 40], inclusive of attorney's fees.

3. This offer of judgment includes any and all damages sought by Plaintiff in this action against Defendants, including any and all claims for monetary damages, punitive damages, expenses, interest, and attorney's fees. There are no non-monetary terms other than as may be required by Rule 68.

4. In addition, the judgment entered against Defendants shall include an amount for Plaintiff's costs, exclusive of attorney's fees, incurred in connection with Plaintiff's prosecution of its two claims in the Amended Complaint, through the date of Plaintiff's acceptance of this offer of judgment, in an amount to be agreed upon by Plaintiff and Defendants or, alternatively, as determined by the court.

5. This offer of judgment is made solely for the purposes specified in Fed. R. Civ. P. 68 and is not an admission of liability by Defendants or that Plaintiff has suffered any damages.

6. For avoidance of doubt, this offer of judgment in no way affects or resolves Plaintiff's prior claim in the original complaint [ECF 1] for removal of copyright management information pursuant to 17 USC § 1202.

   /s/ Griffin Klema   
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard

>Tampa, FL 33606
>Telephone: 202-713-5292
>Attorney for Defendants &
>Counterclaimants

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY I hereby certify that a true and correct copy of the foregoing was served by email and U.S. First Class Mail, pursuant to Fed. R. Civ. P. 5(b)(2) and Local Rule and 5.2(a) on December 6, 2021, on Affordable Aerial Photography, Inc.

**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
Daniel DeSouza, Esq.
Florida Bar No.: 19291
James D'Loughy, Esq.
Florida Bar No.: 0052700
dan@copycatlegal.com
james@copycatlegal.com
Attorneys for Affordable Aerial Photography, Inc.

>　　/s/ Griffin Klema_____
>Griffin C. Klema, Esq.

# Griffin C. Klema, Esq.

| | |
|---|---|
| **From:** | Griffin C. Klema, Esq. <griffin@klemalaw.com> |
| **Sent:** | Monday, December 6, 2021 3:56 PM |
| **To:** | 'Daniel DeSouza'; 'James D'Loughy'; 'Denise Sosa'; 'Hali Thomas'; 'Fernando Baez' |
| **Subject:** | SERVICE OF COURT DOCUMENT - CASE NO. 9:21-cv-81331-AMC |
| **Attachments:** | 21-CV-81331 DE __ - Rule 68 offer 2021-12-06 joint.pdf |

| Court: | The United States District Court for the Southern District Of Florida |
|---|---|
| Case No.: | 9:21-cv-81331-AMC |
| Plaintiff(s): | Affordable Aerial Photography, Inc. |
| Defendant(s): | John Abdelsayed and Trends Realty USA Corp |
| Title of Document(s): | Defendants' Rule 68 Offer of Judgment to Plaintiff |
| Sender's Name: | Griffin C. Klema, Esq. |
| Sender's Telephone No.: | (202) 713-5292 |



**GRIFFIN KLEMA**
Patent & Trial Attorney
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email may contain confidential or attorney-client privileged information, intended only for the intended individual or entity. If you are not the intended or original recipient, do not open any attachments, and do not forward this email. If you received this email by mistake, please notify Klema Law, P.L. immediately by reply email or by calling (202) 713-5292. Please delete this message, and any copies of it. Thank you.