# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81331-AMC

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

   Plaintiff,

v.

JOHN ABDELSAYED and
TRENDS REALTY USA CORP,

   Defendants/Third-Party Plaintiff,

v.

ROBERT STEVENS,

   Third-Party Defendant.

_____

Robert Stevens does hereby declare pursuant to 28 U.S.C. § 1746:

1.   I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2.   I am an experienced professional photographer and make a living from photography. Through Affordable Aerial Photography, Inc. ("AAP"), I provide high-end real estate photography services to real estate brokers and agents in South Florida. I also provide high quality photography to interior designers, builders, and architects.

3.   I am AAP's principal photographer and its founder.

4.   In 2016, Plaintiff created a photograph titled "12235 Tillinghast Cir front nite 2016 AAP" (the "Work") that is the subject of this lawsuit.

5.   I discovered defendants John Abdelsayed ("Abdelsayed") and Trends Realty USA Corp's ("Trends") (collectively, the "Defendants") unauthorized display of the Work in July 2021.

6.      AAP is a small business operated by me.  I spend most of my days in the field on assignment taking photographs.  I have taken thousands (if not tens of thousands) of photographs that have been published online over the years, and I endeavor on an ongoing basis to utilize reverse image search tools (such as those available at www.google.com, www.bing.com, www.tineye.com) to search for a rotating sub-set of my photographs that may be illegally/improperly published by non-licensees.

7.      Reverse image searching is, unfortunately, not a precise science that will capture every possible location that a photograph appears on the internet.  I know this from personal experience in searching thousands of my images on a continuing basis.  Depending on the particular month/year that I search, the version of the photograph I search, and various other factors that I admittedly do not fully understand, I have often discovered infringing displays of my photographs that did not appear in prior searches.

8.      I can demonstrate this anomaly and the difficulties that I face in trying to enforce my intellectual property rights with a simple example.

9.      Over the years, one of my most infringed photographs is "Downtown West Palm Beach" – an aerial photograph of downtown West Palm that was created in 2005:



10.     I frequently use Google's reverse image searching tool (https://www.google.com/imghp?hl=en&authuser=0&ogbl) to search for infringements as I find it to provide the most accurate results.

11.     Google will typically display matches in two (2) places – at the top of the page where other sizes of the same image are located and under the "Pages that include matching images" in the search results.

12.     On January 10, 2023, I uploaded my "Downtown West Palm Beach" photograph to Google's reverse image searching tool (see https://www.google.com/search?tbs=sbi:AMhZZiuaPPt_1-lN2e1qqZaUDG5AbNRDsRYfkXyhU_1BSggj0zIRmtISZrbDm7kXeGrp8E6ap8eowu587N3emi_1bvlbVpeUB-N0SecVqBmH_1KID0qE_1wmmuqr5zdZ2tKqPN-Fg-TWEuPHgMbp0kuk4MlRgbLKHtiUBug).  The results show "No other sizes of this image found" and then five (5) websites where the photograph is purportedly found:



13.    A true and correct copy of these search results is attached hereto as Exhibit "1."

14.    The 2nd of the five (5) websites containing a matching image is: https://www.yelp.com/biz_photos/pure-tax-resolution-west-palm-beach?select=E49AAFQGhmGfB8KXLUBkug.

15.    On January 10, 2023, I performed a Google reverse image search from the matching image on Yelp (rather than my native photograph that I searched above):



16.    I used the "Search by Image" plugin available for the Chrome browser which functions the same as going to Google and performing the search from there.  A true and correct copy of the above screenshot is attached hereto as Exhibit "2."

17.    The search results – for the same photograph – are markedly different:



18.    A true and correct copy of a screenshot of the search results is attached hereto as Exhibit "3."

19.   Rather than state ""No other sizes of this image found," the search results now allow me to click on a hyperlink for "All sizes":



20.   By clicking on "All sizes," the following is displayed (as of January 10, 2023):



21.     A true and correct copy of the foregoing screenshot is attached hereto as Exhibit "4."

22.     As can be seen, these sixteen (16) matching websites are not found/identified by simply reverse image searching my own native photograph.

23.     Further, under the "Pages that include matching images" results, at least fifteen (15) different websites are now displayed (compared to the 5 results by searching my native image). A true and correct copy of such search results is attached hereto as Exhibit "5."

24.     Notably, if I do the same reverse image search process on those sixteen (16) or fifteen (15) results, those searches likewise display different results (anywhere from 2 to 17 different results).

25.     This is incredibly frustrating because reverse image searching my own photograph does not reveal at least a dozen different websites that duplicate copies of my image are published on.

26.     In the years prior to the reverse image search in July 2021, I performed many reverse image searches of the Work using Google, TinEye, and/or Bing – none of which showed in the search results for me Defendants' unauthorized display of the Work. My search in July 2021 was the first time Defendants' website showed for me.

27.     Given the volume of photographs that I have taken and the fact that most of my time is dedicated to taking professional photographs for my clients, I was reasonably unable to discover the unauthorized display of the Work on Defendants' website prior to July 2021 when its use appeared in one such reverse image search.

28.     I have reviewed Defendants' Motion for Attorneys' Fees and Costs (the "<u>Motion</u>")

– in particular, the comments therein about AAP's supposedly frivolous/unreasonable claims and 'improper' motivation in bringing this lawsuit.

29.     AAP's     claims     in     this     lawsuit     against     Defendants     were     never frivolous/unreasonable.  As discussed above, I discovered the unauthorized use of my photograph in July 2021.  I then turned the matter over to counsel (CopyCat Legal PLLC) who sent a demand letter and was instantly rebuffed by Mr. Abdelsayed who refused to even take the  Work down from Defendants' website until approximately 1 month after this lawsuit was filed.

30.     I did not 'prey' upon Defendants here.  I am a professional photographer whose livelihood depends on AAP's clients **paying** for my services.  The unauthorized use of AAP's work in a commercial context deprives AAP of income – people and businesses (especially real estate businesses that certainly know better) should pay for professional photography – not steal it.

31.     My motivations in pursuing Defendants are simple – I was interested in protecting both my intellectual property and my livelihood.  I (as well as many other professional photographers) am fighting a losing battle against infringers that are mass-proliferating my photographs across the internet.  I am trying to keep my photographs from being copied/used without my authorization and am trying to fairly compensated when someone opts to steal (rather than pay for) my work.

32.     As stated above, Defendants were displaying the Work on their website without my permission or any payment to AAP,

33.     I ultimately decided to file this lawsuit given that wholesale lack of effort to resolve the matter on amicable terms and refusal to remove the Work from Defendants' website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: _3/15/2023_____.


_Robert Stevens_
ID zC8oMqGvTn3edPS9yN3kzzJW
_____
Robert Stevens

  

Google



Image size:
1600 × 1043

**EXHIBIT "1"**

No other sizes of this image found.

Tip: Try entering a descriptive word in the search box.

## Pages that include matching images

https://www.facebook.com › ... › Nonprofit organization



### Association of Fundraising Professionals, Palm Beach County ...

800 × 496 — Association of Fundraising Professionals, Palm Beach County Chapter, West Palm Beach, FL. 744 likes. The Association of Fundraising Professionals (AFP)...

https://www.yelp.com › ... › Pure Tax Resolution



### Pure Tax Resolution - West Palm Beach, FL - Yelp

348 × 348 — Pure Tax Resolution in West Palm Beach, reviews by real people. Yelp is a fun and easy way to find, recommend and talk about what's great and not so great ...

https://www.palmbeachrvparks.com



### Palm Beach RV Park

750 × 465 — Palm Beach RV Park is conveniently located inland, just east of 1-95 and South of Okeechobee Rd in West Palm Beach, Florida. We are NOT a resort park. We cater ...

https://www.facebook.com › PalmBeachCable

### WHDT World Television Service | West Palm Beach FL

800 × 496 — WHDT World Television Service, West Palm Beach, Florida. 104 likes. WHDT virtual channel 9 (channel 42), is a television station located in Stuart...

https://www.nisa.edu.pk › city-of-palm-beach-k



### Zurückhalten Priester Bauern city of palm beach Unfair Strahl ...

750 × 465 — West Palm Beach Florida - Things to Do & Attractions in West Palm Beach FL. Our Town with William Kelly : July 6, 2021 - Palm Beach Civic Association ...



EXHIBIT "2"



EXHIBIT "3"

Google

🔍 All   📖 Books   📰 News   🛍 Shopping   📍 Maps   🖼 Images   ⋮ More        Tools

About 199 results (2.15 seconds)

Image size:
400 × 248

Find other sizes of this image:
All sizes · Small · Medium

Possible related search: *Real Estate*

https://www.zillow.com  ⋮

**Zillow: Real Estate, Apartments, Mortgages & Home Values**

The leading **real estate** marketplace. Search millions of for-sale and rental listings, compare Zestimate® home values and connect with local professionals.

https://www.realtor.com  ⋮

**realtor.com® | Homes for Sale, Apartments & Houses for Rent**

What's happening in Riverside, CA · Trends · Need a home loan? Get pre-approved · Get Local Info · NAR links · Popular **Real Estate** Markets · Popular Apartment Cities.

🖼 **Visually similar images**

Feedback

### Pages that include matching images

https://yellow.place › ... › Services › Real Estate Agent  ⋮

**Sam Fisch Real Estate Company - West Palm Beach**

604 × 374 — Sam Fisch founded **Real Estate** Solutions Enterprise Group (RES) in 2005 to work with investors and property owners in downtown West Palm Beach to manage the ...



https://estateplanningattorneysnearme.com › florida › w...  ⋮

**West Palm Beach, FL – Estate Planning Attorneys Near Me ...**

700 × 434 — It's also the most widely used estate planning attorney directory in West Palm Beach, Florida. ... Is **Real Estate** Taxes The Same As Property Taxes?

http://www.palmbeachrvparks.com › neighborhood  ⋮

**Neighborhood — Palm Beach RV Park**

800 × 496 — Home to sunny palm-lined streets, breathtaking waterfront views, quaint shopping districts, historic and scenic neighborhoods, and plenty of year-round outdoor ...

https://www.florida-backroads-travel.com › west-palm-...  ⋮

**West Palm Beach & Palm Beach: Henry Flagler's Twin Cities**

480 × 298 · May 17, 2021 — A gigantic freeze later convinced him to extend the railroad to Miami and then eventually to Key West. Flagler built two luxurious hotels in ...



https://www.facebook.com › ... › Nonprofit organization  ⋮

**Association of Fundraising Professionals, Palm Beach County ...**

800 × 496 — Association of Fundraising Professionals, Palm Beach County Chapter, West Palm Beach, FL. 744 likes. The Association of Fundraising Professionals (AFP)...



Next ›

**EXHIBIT "4"**

Q All   News   Images   Maps   Videos   More   Tools

Similar Images

Collections   SafeSearch

LoopNet
Vista Contractors Park



City-Data.com
Sticky thread for pics! (wedding, job ...



Yellow Place
Sam Fisch Real Estate Company - West ...



MapQuest
Pure Tax Resolution, 500 S Australian ...



Facebook
WHDT World Television Service | West ...



Facebook
Leadership Business Council, West Palm ...



Estate Planning Attorneys Near Me Directory
FL – Estate Planning Attorneys Near ...



::: Bolsa de Noticias:::***Managua, Nicaragua***
Bolsa de Noticias:::***Managua ...



Facebook
years Palm Awards Communication Contest ...



Facebook
Promotional Teams of West Palm Fl ...



Pinterest
West Palm Beach | West palm beach ...



Florida Back Roads Travel
Old Florida Towns on State Road 80 ...



Pinterest
West Palm Beach | West palm beach ....



At the Helm of the Public Realm: An Urban Desi...
CNU26: The New World in West Palm Beach ...



www.nisa.edu.pk
Priester Bauern city of palm beach ...



Training-Trips
Training-Trips » West Palm Beach

Looks like you've reached the end

Page 1
Google Search
https://www.google.com/search?tbm=...

Google

Real Estate

Q All · 🖾 News · 🖾 Books · 🛒 Shopping · ⊘ Maps · 🖾 Images · ⋮ More          Tools

About 998 results (1.22 seconds)

Image size
400 × 248

Find other sizes of this image:
All sizes · Small · Medium

Possible related search: **Real Estate**

https://www.zillow.com ›
**Zillow: Real Estate, Apartments, Mortgages & Home Values**
The leading **real estate** marketplace. Search millions of for-sale and rental listings, compare Zestimate® home values and connect with local professionals.

https://www.realtor.com ›
**realtor.com® | Homes for Sale, Apartments & Houses for Rent**
What's happening in Riverside, CA · Trends · Need a home loan? Get pre-approved · Get Local Info. · NAR links · Popular **Real Estate** Markets · Popular Apartment Cities.

🖾 Visually similar images

Pages that include matching images

https://getfireshot ... › Services · Real Estate Agent ▾
**Sam Fisch Real Estate Company · West Palm Beach**
604 × 374 — Sam Fisch founded **Real Estate** Solutions Enterprise Group (RES) in 2003 to work with investors and property owners in downtown West Palm Beach to manage the ...

https://realestateplanningattorneysme.com › florida · va ... ▾
**West Palm Beach, FL — Estate Planning Attorneys Near Me...**
790 × 414 — It's also the most widely used estate planning attorney directory in West Palm Beach, Florida ... is **Real Estate** Taxes The Same As Property Taxes?

https://www.palmbeachrvpark.com › neighborhood ▾
**Neighborhood — Palm Beach RV Park**
800 × 400 — Home to sunny palm-lined streets, breathtaking waterfront views, quaint shopping districts, historic and scenic neighborhoods, and plenty of year-round outdoor ...

https://www.florida-backroads-travel.com › west-palm- ▾
**West Palm Beach & Palm Beach, Henry Flagler's Twin Cities**
480 × 256 · May 17, 2021 — A gigantic freeze later convinced him to extend the railroad to Miami and then eventually to Key West. Flagler built two luxurious hotels in ...

https://www.facebook.com ... › Nonprofit organization ▾
**Association of Fundraising Professionals, Palm Beach County...**
800 × 456 — Association of Fundraising Professionals, Palm Beach County Chapter, West Palm Beach, FL. 744 likes. The Association of Fundraising Professionals (AFP)...

Next ⟩

Real Estate

Real estate is property consisting of land and the buildings on it, along with its natural resources such as crops, minerals or water; immovable property of this nature; an interest vested in this an item of real property, buildings or housing in general. Wikipedia

Real Estate Organizations                View 45+ more

National Association of Realt... · Institute of Real Estate M... · Commerci... Real Estate W...

Real Estate Sign

4Ever Products Vinyl PV... · Real Estate Sign · Kilgarlin Vinyl PVC 4-Feet R...

Feedback

Captured by FireShot Pro: 10 January 2023, 11:01:38
https://getfireshot.com

Page 1
Google Search
https://www.google.com/search?tbs=sbi:ANd2zF9xI6igNcLTPhieyaK5cCL06D8BGef5piL10kQvoaKeLjqm2idQoP4sPLlvf0b7fbvfPQAtMR6zHCup6oSqvd6j42SfOUrZ6Aq2glf0nyHeHESwlw6qGPP08Gc6Ad1prucTt-axxt_l_INItGtAGxwJ1G6JfB7ZR3-7vwPkK6A5fwctwc8Wg0bNKh.kltC8d7OxwW0o3SsaCpvwt...

Google

[ .png × ]  Real Estate        × ↓ ▣ Q

Q All  📷 Books  📰 News  🛒 Shopping  ⊘ Maps  ▣ Images  ⋮ More        Tools

Page 2 of about 79 results (1.27 seconds)

https://www.yelp.com › ... › Pure Tax Resolution ▾
**Pure Tax Resolution - West Palm Beach, FL - Yelp**
348 › 348 – Pure Tax Resolution in West Palm Beach, reviews by real people. Yelp is a fun and easy way to find, recommend and talk about what's great and not so great ...

https://www.palmbeachrvpark.com › ▾
**Palm Beach RV Park**
800 × 494 – Palm Beach RV Park is conveniently located inland, just east of I-95 and South of Okeechobee Rd in West Palm Beach, Florida. We are NOT a resort park. We cater ...

https://www.florida-backroads-travel.com › old-florida-... ▾
**Old Florida Towns on State Road 80 | Coast to Coast**
480 × 295 – Jul 16, 2022 – Florida State Road 80 crosses the state from Fort Myers to West Palm Beach. A lot of Old Florida along the way.

https://netnoffthepalmrealm.com › 2013/04/29 › cnu2... ▾
**CNU2: The New World in West Palm Beach**
800 × 496 – Apr 29, 2013 – ... most importantly the last few years of my career have made it clear that a real change in behavior from people requires public transit.

https://www.facebook.com › PalmBeachCable ▾
**WHDT World Television Service | West Palm Beach FL**
800 × 495 – WHDT World Television Service, West Palm Beach, Florida. 104 likes. WHDT virtual channel 9 (channel 42), is a television station located in Stuart...

https://www.mapquest.com › ... › West Palm Beach ▾
**Pure Tax Resolution - MapQuest**
450 × 250 – Professional tax resolution services and tax attorneys serving surrounding areas of West Palm Beach, Florida. Stop IRS back tax collections today with West ...

https://www.nsa.edu.pk › city-of-palm-beach-fl- ▾
**Zurückhalten Priester Bauern city of palm beach Unfair Strahl ...**
750 × 465 – West Palm Beach Florida - Things to Do & Attractions in West Palm Beach, FL. Our Town with William Kelly · July 6, 2021 · Palm Beach Civic Association ...

https://cubainfochama.us › florida › west-palm-beach-fl ▾
**West Palm Beach, FL**
700 × 434 – But certain types of customers have a **real** devotion to the Cuban link style chain is astounding. So we decided to dedicate a whole directory which includes ...

https://m.facebook.com › ... › Videos ▾
**Watch - Facebook**
800 × 496 – Jan 17, 2019 – Commercial **Real Estate**. May be an image of palm trees and text that says THE PPALM West. West Palm 100. Nonprofit Organization.

http://www.bolsadenoticias.com.ni › ... ▾ Translate this page
**Al Bolsazo - ::Bolsa de Noticias:: \*\*\*Managua, Nicaragua\*\*\***
440 × 275 – Dec 2, 2013 – ... universitarios el pasado, es ideigualadamente, algo **real**, que quizás algún día sea reversible, como la puerta de nuestros calcetines.

< Google >
**1** 2
Previous

© 33065, Coral Springs, FL · From your device · Update location

Help  Send feedback  Privacy  Terms

⊞ Sign in

Captured by FireShot Pro: 10 January 2023, 11:02:27
https://getfireshot.com

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **zC8oMqGvTn3edPS9yN3kzzJW** |
| Signed by: | Robert Stevens |
| Sent to email: | skyphotoshots@yahoo.com |
| IP Address: | 73.205.16.238 |
| Signed at: | Mar 15 2023, 3:54 pm PDT |