UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-81331

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,
a Florida corporation,
    Plaintiff,

v.

JOHN ABDELSAYED, and
TRENDS REALTY USA CORP,
a Florida corporation,
    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY AS TO [ECF 176], DEFENDANTS' MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES

Defendants John Abdelsayed and Trends Realty USA Corp ("Trends Realty"), by and through their attorney, Griffin Klema, Esq., pursuant to Local Rule 7.8, file this notice of supplemental authority. The following case supports their position regarding the statute of limitations, [ECF 176] at Section II.B.1., pp. 7-10.

In <u>Minden Pictures, Inc. v. Complex Media, Inc.</u>, no. 22-cv-4069 (S.D.N.Y. Mar. 27, 2023) Judge Abrams granted the defendant's motion to dismiss pursuant to 17 U.S.C. § 507. He found that the plaintiff was a "seasoned litigator," (100 cases in 10 years) had previously enforced its rights to the subject work (two cases), and used "sophisticated methods to detect infringing images" such that even under the Second Circuit's discovery accrual rule, it was "not plausible that Plaintiff, in exercising reasonable diligence, would not have discovered the alleged infringing use." He further rejected the plaintiff's separate accrual-by-display argument, citing <u>Petrella</u> and collecting cases.

A copy of that court's opinion is attached hereto as Exhibit A.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
Attorney for Counterclaimants