UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-CV-81331**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,
a Florida corporation,
    Plaintiff,

v.

TRENDS REALTY USA CORP,
a Florida corporation, and
JOHN ABDELSAYED,
    Defendants.

---

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendants, Trends Realty USA Corp, and John Abdelsayed by and through their attorney, Griffin Klema, Esq., appeal to the United States Court of Appeals for the Eleventh Circuit:

(1) the Court's order [ECF 180] denying the defendants' motion for entitlement to attorney's fees.

    /s/ Griffin Klema_____
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
Attorney for Defendants